IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-92-F
No. 5:13-CV-564-F

| | |
|---|---|
| HENRY THOMAS UNDERWOOD, | ) |
| | ) |
| Petitioner, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

For good cause having been shown upon the unopposed motion of Respondent, it is hereby ORDERED that counsel for the parties be allowed access to the sealed materials located at Docket Entry 20. The materials in Docket Entry 20 otherwise remain under seal.

This 1st day of September, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge