IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 5:12-CR-00092-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>HENRY THOMAS UNDERWOOD )<br>) | **ORDER** |

This matter is before the court *sua sponte*. On September 6, 2016, the court held an evidentiary hearing on Petitioner Henry Thomas Underwood's Motion to Vacate, Set Aside, or Correct a Sentence pursuant to 28 U.S.C. § 2255. At the conclusion of the hearing, the court ordered additional briefing by the parties. Accordingly, Petitioner shall have up to and including September 23, 2016 to submit his supplemental brief. The Government's response shall be due no later than seven (7) days from the date Petitioner's brief is filed. Any reply thereto must be submitted within five (5) days from the date the Government's response is filed.

SO ORDERED.

This, the 6th of September, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge