UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-92-F
No. 5:13-CV-564-F

UNITED STATES OF AMERICA

v.

ORDER

HENRY THOMAS UNDERWOOD

_____/

This cause comes before the Court on petitioner Henry Thomas Underwood's Unopposed Motion to Seal Portion of Hearing Transcript. For the reasons stated in the motion, it is hereby ORDERED that the motion is GRANTED.

This the 20 day of September, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge